UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Criminal No. 08-289 (FSH) |
| v. | : | |
| | : | **ORDER** |
| NINCLO OSWALDO CEVALLOS, | : | |
| Defendant. | : | |

This matter having come before the Court by letter dated December 15, 2008 by

defendant Ninclo Oswaldo Cevallos, through his counsel Clifford E. Lazzaro, Esq., for a Petition

of Habeas Corpus,

**IT IS** on this 18th day of December, 2008,

**ORDERED** that the Clerk of the Court file document #40 as a new civil action pursuant to

28 U.S.C. § 2255; it is further

**ORDERED** that the request to stay the defendant's surrender date is hereby **DENIED**.


  /s/ Faith S. Hochberg
United States District Judge